IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

ROBERT B. CIARPAGLINI,

                Plaintiff,

  v.                                                    ORDER
                                                         07-C-453-S
BRUCE MURASKI, BEN HILBERT,
JEREMY STANIEC, CORRECTIONAL OFFICER
PRICE, BRUCE SIEDSCHLAG and SGT. BEASLY,

                Defendants.
_____

    Plaintiff has filed a second motion for recusal. Attached to his declaration is a copy of court docket of a case filed in Winnebago County Illinois Circuit Court. The docket reflects that the undersigned is a defendant in a court action filed by plaintiff. The Court continues to have no knowledge of the subject matter of this suit. Accordingly, plaintiff's motion for recusal will be denied.

                                  ORDER

    IT IS ORDERED that plaintiff's motion for recusal is DENIED.

    Entered this 19th day of October, 2007.

                                    BY THE COURT:

                                    /s/

                                  _____
                                  JOHN C. SHABAZ
                                  District Judge