```
          IN THE UNITED STATES DISTRICT COURT

       FOR THE WESTERN DISTRICT OF WISCONSIN
_____

ROBERT B. CIARPAGLINI,

                    Plaintiff,

     v.                                          ORDER
                                              07-C-453-S
BRUCE MURASKI, BEN HILBERT,
JEREMY STANIEC, CORRECTIONAL OFFICER
PRICE, BRUCE SIEDSCHLAG and SGT. BEASLY,

                    Defendants.
_____
```

Defendants have filed a motion to require plaintiff to serve copies of his pleadings on their attorney. Plaintiff has failed to serve copies of docket nos. 9, 10, 12, 16 and 17 on defendants' attorney. Plaintiff shall file copies of these documents on defendants' attorney together with all future pleadings he wishes this Court to consider.

SO ORDERED this 25th day of October, 2007.

BY THE COURT:

/s/
_____
JOHN C. SHABAZ
District Judge