IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

_____

ROBERT B. CIARPAGLINI,

                Plaintiff,

                                          ORDER

     v.                                07-C-453-S

BRUCE MURASKI, BEN HILBERT, JEREMY
STANIEC, C.O. PRICE, BRUCE SIEDSCHLAG
and SGT. BEASLY,

                Defendants.

_____

The undersigned recuses himself in the above entitled matter.

Entered this 31st day of October, 2007.

                          /s/

                        _____

                        JOHN C. SHABAZ
                        District Judge