IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ROBERT B. CIARPAGLINI,

                                    ORDER

                Plaintiff,

                                  07-C-453-C

    v.

BRUCE MURASKI, BEN HILBERT, JEREMY
STANIEC, CO PRICE, BRUCE SIEDSCHLAG
and SGT. BEASLY,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Plaintiff's motion "for court to reconsider its order dated November 6, 2007" is DENIED. In the November 6 order, I gave plaintiff until November 22, 2007, in which to pay the $350 fee for filing this action or the case would be dismissed. Plaintiff has not paid the filing fee.

ORDER

IT IS ORDERED that this case is DISMISSED for plaintiff's failure to pay the $350 filing fee in this action, which does not qualify for the "imminent danger" exception to 28 U.S.C. § 1915(g). The clerk of court is requested to insure that plaintiff's obligation is

1

reflected in the court's financial records.  In addition, the clerk of court is requested to advise the warden of the Waupun Correctional Institution of plaintiff's responsibility to pay the fee so that the fee may be collected in accordance with the provisions of the Prison Litigation Reform Act.

Entered this 4th day of December, 2007.

>BY THE COURT:
>/s/
>BARBARA B. CRABB
>District Judge